FILED

07 OCT 29 PM 4:16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISRAEL AMEZQUITA-LUNA,<br><br>Defendant. | Criminal Case No. 07MJ2446-WMC<br><br>**FINDINGS OF FACT AND ORDER OF DETENTION** |

In accordance with § 3142(f) of the Bail Reform Act of 1984 (18 U.S.C. § 3141 *et seq.*), this Court conducted a detention hearing on October 18, 2007, to determine whether Israel Amezquita-Luna (hereinafter, the Defendant) should be held in custody pending trial, on the grounds that he is a flight risk and a danger to the community. Assistant U.S. Attorney Douglas Keehn appeared on behalf of the United States. Attorney Zandra Lopez of Federal Defenders of San Diego, Inc., appeared on behalf of the Defendant.

Based on the evidence proffered by the United States and by Defendant, the Pretrial Services Report, and the Complaint, the Court concludes that the following facts establish by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required. The Court also finds by clear and convincing evidence that the Defendant is a danger to the community and should be detained pending trial.

//
//

I.

**FINDINGS OF FACT**

A. **Nature and Circumstances of the Offense Charged (18 U.S.C.§ 3142(g)(1))**

1. The defendant is charged in Criminal Complaint No. 07MJ2446 with one count of assaulting a federal officer in violation of 18 U.S.C. § 111, and one count of being a previously deported person found in the United States without legal permission to enter or remain in the United States in violation of 8 U.S.C. § 1326.

2. If convicted of Count One, the Defendant faces a maximum sentence of eight years imprisonment pursuant to 18 U.S.C. § 111(a). If it is found that the defendant used a deadly or dangerous weapon or inflicted bodily injury, he faces a maximum sentence of twenty years imprisonment pursuant to 18 U.S.C. § 111(b).

3. If convicted of Count Two, the Defendant faces a maximum sentence of ten years imprisonment pursuant to 8 U.S.C. § 1326(b)(1). If the Defendant is found to have sustained a prior aggravated felony conviction he faces a maximum sentence of twenty years imprisonment pursuant to 8 U.S.C. § 1326(b)(2).

B. **Weight of the Evidence Against the Defendant (18 U.S.C.§ 3142(g)(2))**

1. On October 11, 2007, Defendant entered the United States from Mexico by walking across the international border south of California State Route 94 near Tecate, California.

2. Defendant is accused of refusing lawful directives to submit to investigation, fleeing arrest, threatening Border Patrol Agent Ricardo Booth and assaulting Agent Booth with a stone.

C. **History and Characteristics of the Defendant (18 U.S.C.§ 3142(g)(3))**

1. Defendant has a history of being unable to follow court orders. Specifically, his parole status was revoked twice for a 2002 felony conviction for possession of a controlled substance.

//

//

2

2. Defendant's criminal history evidences violent conduct, including convictions for murder, assault with a deadly weapon and false imprisonment of an elder or dependent adult.

3. Defendant was on parole at the time of this offense.

## II.

## REASONS FOR DETENTION

A. There is probable cause to believe that the defendant committed the offense charged in Criminal Complaint No. 07MJ2446; namely, assault on a federal officer in violation of 18 U.S.C. §111 and being a prior deportee found in the United States without permission to enter or remain in violation of 18 U.S.C. § 1326.

B. The Court finds, by a preponderance of evidence, that the Government has carried the burden of establishing that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required based on a demonstrated inability to follow court orders.

C. The Court finds, by clear and convincing evidence, that the Government has shown that the Defendant poses a danger to the community as evidenced by the Defendant's criminal history.

## III.

## ORDER

IT IS HEREBY ORDERED that the defendant be detained pending trial in this matter.

IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver the

1  defendant to the United States Marshal for the purpose of an appearance in connection with a court
2  proceeding or any other appearance stipulated to by defense and government counsel.
3       THIS ORDER IS ENTERED WITHOUT PREJUDICE.
4       IT IS SO ORDERED.

DATED: 10/29/07

THE HONORABLE WILLIAM McCURINE, JR.
United States Magistrate Judge

Prepared by:

_____
DOUGLAS KEEHN
Assistant U.S. Attorney

cc: Zandra Lopez, Esq.