```
                                            FILED
                                         2007 NOV -7 PM 3:01

                                         CLERK US DISTRICT COURT
                                         SOUTHERN DISTRICT OF CALIFORNIA

                                         BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '07 CR 3032 WQH |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 18, U.S.C., |
| ISRAEL AMEZQUITA-LUNA, ) | Sec. 111(a)(1) - Assault on a Federal Officer (Felony); |
| Defendant. ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |

The grand jury charges:

Count 1

On or about October 11, 2007, within the Southern District of California, defendant ISRAEL AMEZQUITA-LUNA did knowingly and intentionally and forcibly assault, resist, oppose, impede, and interfere with a person named in Title 18, United States Code, Section 1114, to wit, Department of Homeland Security, United States Border Patrol Agent R. Booth, in that defendant, in an effort to resist arrest, attempted to punch Agent Booth, fled from Agent Booth, and attempted to strike Agent Booth with a large rock, while Agent Booth was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

WDK:nlv:San Diego
11/6/07

#### Count 2

On or about October 11, 2007, within the Southern District of California, defendant ISRAEL AMEZQUITA-LUNA , an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant ISRAEL AMEZQUITA-LUNA was removed from the United States subsequent to November 16, 2005.

DATED: November 7, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DOUGLAS W. KEEHN
Assistant U.S. Attorney