1  ZANDRA L. LOPEZ
   California State Bar No. 216567
2  LAW OFFICE OF ZANDRA L. LOPEZ
   427 C Street, Suite 300
3  San Diego, California 92101
   Telephone No. (619) 233-3169, x 17
4  E-mail: zll@zandralopezlaw.com

5
   Attorneys for Mr. Amezquita-Luna
6

7
                        UNITED STATES DISTRICT COURT
8
                      SOUTHERN DISTRICT OF CALIFORNIA

                       (HONORABLE WILLIAM Q. HAYES)
10
   UNITED STATES OF AMERICA,        )   Criminal No. 07CR3032-WQH
11                                  )
                                    )   DATE: December 17, 2007
12                                  )   TIME: 2:00 p.m.
            Plaintiff,              )
13                                  )   NOTICE OF MOTIONS AND MOTIONS TO:
                                    )
14      v.                          )   (1) DISMISS THE INDICTMENT
                                    )   (2) DISMISS COUNT 1
15                                  )   (3) SUPPRESS EVIDENCE
   ISRAEL AMEZQUITA-LUNA,           )   (4) SUPPRESS STATEMENTS
16                                  )   (5) DISMISS COUNT 2
                                    )   (6) COMPEL DISCOVERY
17                                  )   (7) LEAVE TO FILE FURTHER MOTIONS
            Defendant.              )
18  _____)

19
   **TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, and
20         LARRY CASPER, ASSISTANT UNITED STATES ATTORNEY**

21
           **PLEASE TAKE NOTICE** that on December 17, 2006, the defendant, Israel Amezquita-Luna, by
22
   and through his counsel, Zandra L. Lopez, will ask this Court to enter an order:
23
   //
24
   //
25
   //
26
   //
27

28

1)  dismissing the indictment due to grand jury violation;
2)  dismissing count 1;
3)  suppressing evidence;
4)  suppressing statements;
5)  dismissing count 2;
6)  compelling discovery; and
7)  motion to leave to file further motions

Respectfully submitted,

Date: December 3, 2007

*s/ Zandra L. Lopez*
ZANDRA L. LOPEZ
Attorney for Mr. Amezquita-Luna