ZANDRA L. LOPEZ
California State Bar No. 216567
LAW OFFICE OF ZANDRA L. LOPEZ
427 C Street, Suite 300
San Diego, California 92101
Telephone No. (619) 233-3169, x 17
E-mail: zll@zandralopezlaw.com

Attorney for Mr. Amezquita-Luna

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. WILLIAM Q. HAYES)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 07CR3032-WQH |
| | ) | |
| Plaintiff, | ) | PROOF OF SERVICE |
| | ) | |
| v. | ) | |
| | ) | |
| ISRAEL AMEZQUITA-LUNA, | ) | |
| | ) | |
| Defendant. | ) | |

1.    I am a citizen of the United States and resident of the County of San Diego; I am over the age of eighteen years and not a party to the entitled action; my business address is 427 C Street, Suite 300, San Diego, CA 92101.

2.    On December 3, 2007, I served the document(s) described below as:
   A.    Notice of Motion and Motion (1) dismissing the indictment due to grand jury violation; (2) dismissing count 1; (3) suppressing evidence; (4) suppressing statements; (5) dismissing count 2; (6) compelling discovery; and (7) motion to leave to file further motions and
   B.    Points And Authorities

By the following method:
( X ) BY CM/ECF filing to all named parties in the Court Docket Electronic filing with the Office of the Clerk, United States District Court, Southern District of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 3, 2007, in San Diego, Ca

Dated: December 3, 2007

_s/ Zandra L. Lopez_
ZANDRA L. LOPEZ