## APPEARANCE BOND FOR A MATERIAL WITNESS

**FILED** DEC - 4 2007 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY

MW ACR 10/18/07   AUSA Approval: LAW

| United States District Court | Southern District of California |
|---|---|
| United States of America v. Israel Amezquita-Luna | Crim. Case No. 07CR 3032 WQH |
| | Magis. Case No. 07mj2446 |

We, **Enrique Gonzalez-Gonzalez** (name of surety) and **Minerva Salazar-Antonio** (name of material witness), post this bond and acknowledge we and our personal representatives are bound to pay the United States of America the sum of $ **5000.00** and there has been deposited in the Registry of the Court the sum of $ **500.00** in cash. This bond is conditioned upon and posted to secure the appearance of material witness **Minerva Salazar-Antonio** to testify as a witness in the case noted above, before the assigned United States Magistrate Judge or District Judge, in the United States District Court for the Southern District of California, at San Diego, California, and at such other places as the material witness may be required to appear in accordance with any and all court orders and directions given or issued by the Magistrate Judge or any District Judge relating to the material witness' appearance in the case noted above, whether the case remains in that district or is transferred to any other district. The appearance bond further secures the above noted material witness' compliance with any court order, including surrendering to the INS.

If the material witness adheres to and performs every condition of this bond, and appears at court as directed or ordered, this bond shall be exonerated, but if the material witness fails to perform any condition of this bond, or fails to appear at court as directed or ordered, payment of this bond shall be due immediately. Any Magistrate Judge or District Judge authorized to preside over the case noted above may declare a forfeiture of this bond if the material witness breaches any condition of this bond. If the bond is forfeited and the forfeiture is not set aside or remitted, a judgment may be entered upon a motion filed in the United States District Court for the Southern District of California against the surety for the amount stated above, with costs and interest added, and execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and the other laws of the United States.

Material Witness' Signature: X _____   Surety's Signature: X _____

Surety's Home Address: _____

Material Witness' U.S. Address: _____

Acknowledgment: The surety noted above signed this bond before me, **Marilyn Gunner** (print name of person witnessing surety's signature), on **12/3/07** (date), at **San Diego** (city/state). My address is: **PO Box 605 La Mesa CA 91944**

*Signature Of Person Witnessing Surety's Signature: _____ Dated: **12/3/07**

Bond Approved: _____, United States Magistrate Judge or District Judge

K:\COMMON\CSA\forms\2005\matwit_bnd.wpd

**RECEIVED** DEC 04 2007 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY

[Revised 8/98]

## AFFIDAVIT BY THE OWNER OF THE CASH SECURITY FOR THIS BOND

I, __Enrique Gonzalez__ (print name of owner of cash), state that I reside at __2093 Alexander Dr., Escondido, Ca. 92025__, and that I am the owner of the $__500.00__ cash deposited in the Registry of the Court as security for this bond. That money is to be returned to me at the address noted here upon the exoneration of this bond.

I consent to subjecting those funds to the Local Court Rules of the United States District Court for the Southern District of California pertaining to bonds, and I consent, upon receiving notice of not less than ten days, to proceeding summarily to the rendering of a judgment against that cash security upon the breach of a condition under this bond or by the contumacy of the material witness.

Dated: X 12/3/07

X _____
Signature of the Owner of the Cash Security

## FINANCIAL JUSTIFICATION OF THE SURETY

I, __Enrique Gonzalez__ (print name of surety), state under penalty of perjury under the laws of the United States of America, that I have a net worth of at least $__5000.00__, and that I reside at __2093 Alexander Dr., Escondido, Ca. 92025__.

Dated: X 12/3/07

X _____
Signature of the Surety

## SURETY AGREEMENT

I understand by signing this bond I will be responsible for the material witness' appearance in court and for his or her compliance with any and all conditions of the release and orders as directed by the court. If the material witness does not appear in court as ordered, or comply with the conditions of the release and any court orders, I will be required to pay the full amount of the bond, and any cash security I posted with the court may be taken by the United States Government to partially satisfy the obligation of this bond, and a judgment may be entered against me for the full amount of the bond.

Dated: X 12/3/07

X _____
Signature of the Surety

K:\COMMON\CSA\forms\2005\matwit_bond.wpd

## MATERIAL WITNESS INFORMATION SHEET

**CASE INFORMATION**
Case Name: U.S. v. Amezquita-Luna                          Case No.    07 cr3032WQH
AUSA Name: Larry Casper                                    AUSA Telephone:   557-
Case Agent: _____                 Agency: _____

**INFORMATION ABOUT THE MATERIAL WITNESS**

Name:  Minerva Salazar-Antonio                             A-Number:    A unk
Date of Birth:  12/16/77                                   Immigration Status: _____
Foreign Address:  Oxaca, Mx.
Did The Material Witness Sign An I-826? _____             Relationship to Defendant:    none

**PERSON MATERIAL WITNESS WILL RESIDE WITH DURING PENDENCY OF THE CASE**
Name:   Enrique Gonzalez                                   Relationship to Witness: _____
Home Address:   2093 Alexander Dr., Escondido, Ca. 92025
Business Address:   Gonzalez Garden & Landscaping, 2093 Alexander Dr., Escondido 92025
Home Telephone:   760- 473-8934       Business Telephone:  760- 858-635-9485
Cell — 858-635-9485 ←

**RELATIVE OF THE MATERIAL WITNESS RESIDING IN THE U.S.**
Name: _____                       Relationship to Witness: Friend
Home Address: _____
Business Address: _____
Home Telephone: _____             Business Telephone: _____

**ATTORNEY FOR THE MATERIAL WITNESS**
Name:   Marilyn B. Gunner                      Tel: (619) 461-8716        Fax:  (619)461-6795
Address:   P.O. Box 605,  La Mesa, Ca. 91944-0605

**INFORMATION ABOUT THE SURETY**
Name:  Enrique Gonzalez                                    Relationship to Witness: Friend
Immigration Status: A 091 784 434                          Relationship to Defendant:    None
Home Address:   Above
Business Address:  Above
Home Telephone:  Above                                     Business Telephone:   Above

Does The Surety Have An Immigration Record (if so, the charges):   none
Does The Surety Have A Criminal Record (if so, the charges):   none

---

**FOR INS USE ONLY**

1. MATERIAL WITNESS ☐            SURRENDERED ☐                    FAILED TO APPEAR ☐

2. _____            _____
   **Signature**                                **Date**