KAREN P. HEWITT
United States Attorney
LAWRENCE A. CASPER
Assistant U.S. Attorney
California State Bar No. 235110
Federal Office Building
880 Front Street, Room 6293
San Diego, California  92101-8893
Telephone: (619) 557-7455; (619) 235-2757
Lawrence.Casper@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3032-WQH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| ISRAEL AMEZQUITA-LUNA, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name (If none, enter "None" below)

None

//

//

//

Effective this date, the following attorneys are no longer associated with this case and should

not receive any further Notices of Electronic Filings relating to activity in this case (if the generic

"U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

association):

Name (If none, enter "None" below)

None.


Please call me if you have any questions about this notice.

DATED:  December 18, 2007

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Lawrence A. Casper

_____
LAWRENCE A. CASPER
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Lawrence.Casper@usdoj.gov

1

2                                    UNITED STATES DISTRICT COURT

3                                  SOUTHERN DISTRICT OF CALIFORNIA

4    UNITED STATES OF AMERICA,              )        Case No. 07CR3032-WQH
                                            )
5                    Plaintiff,             )
                                            )
6            v.                             )
                                            )        CERTIFICATE OF SERVICE
7    ISRAEL AMEZQUITA-LUNA,                 )
                                            )
8                                           )
                     Defendant.             )
9    _____       )

10   IT IS HEREBY CERTIFIED THAT:

11           I, LAWRENCE A. CASPER, am a citizen of the United States and am at least eighteen years
     of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
12

13           I am not a party to the above-entitled action. I have caused service of NOTICE OF
     APPEARANCE on the following party by electronically filing the foregoing with the Clerk of the
14   District Court using its ECF System, which electronically notifies them.

15           1.  Zandra L. Lopez     Email: zll@zandralopezlaw.com

16           I declare under penalty of perjury that the foregoing is true and correct.

17

18           Executed on December 18, 2007              s/ Lawrence A. Casper
                                                        LAWRENCE A. CASPER
19

20

21

22

23

24

25

26

27       Notice of Appearance
28       United States v. Amezquita-Luna          3              07CR3032-WQH