ZANDRA L. LOPEZ
California State Bar No. 216567
LAW OFFICE OF ZANDRA L. LOPEZ
427 C Street, Suite 300
San Diego, California 92101
Telephone No. (619) 233-3169, x 17
E-mail: zll@zandralopezlaw.com

Attorney for Mr. Amezquita-Luna

FILED
DEC 1 7 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ISRAEL AMEZQUITA-LUNA,  )<br>  )<br>Defendant.  )<br>_____ ) | Criminal No. 07CR3032-WQH<br><br>DECLARATION IN SUPPORT OF MOTIONS |

I, Israel Amezquita-Luna, declare, under penalty of perjury:

1. On the night of October 11, 2007, I suffered serious injuries including lacerations to the back of my head and my forehead. I was also shot in the ~~abdomen~~ groin area.

2. I was arrested and taken to Sharp Medical Hospital in Chula Vista via helicopter.

3. I was in significant amount of pain due to my injuries when I arrived at the hospital.

4. I was sent to the trauma unit where I was treated for my injuries.

5. I was given several drugs for the pain. I am not aware of the medications that were given to me.

6. The next morning, several agents came into my hospital and asked me questions regarding the night before.

7. During the interrogation, I was still under serious pain and under the influence of the pain medication.

8. During the interrogation, I was ~~in a~~ restrained to a hospital bed.

9. During the interrogation, I did not have an attorney present.

10. Because of my serious injuries and the medication I was taking, I did not fully understand that I did not need to speak to the agents.

*[signature]*
ISRAEL AMEZQUITA-LUNA

2