```
                                    FILED
                                  JAN 1 8 2008
                            CLERK, U.S. DISTRICT COURT
                          SOUTHERN DISTRICT OF CALIFORNIA
                          BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>     v.                     )<br>                            )<br>                            )<br>ISRAEL AMEZQUITA-LUNA,       )<br>                            )<br>                            )<br>            Defendant.      )<br>_____) | Criminal Case No. 07CR3032-WQH<br><br>I N F O R M A T I O N<br>     **(Superseding)**<br><br>Title 8, U.S.C., Sec. 1326 (a)<br>and (b) - Deported Alien Found<br>in the United States |

The United States Attorney charges:

Count 1

On or about October 11, 2007, within the Southern District of California, defendant ISRAEL AMEZQUITA-LUNA, an alien, who previously had been excluded, deported, and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

//

//

| | |
|---|---|
| 1 | It is further alleged that defendant ISRAEL AMEZQUITA- |
| 2 | LUNA was removed from the United States subsequent to July 15, |
| 3 | 2004. |
| 4 | DATED: January 18, 2008. |

KAREN P. HEWITT
United States Attorney

LAWRENCE A. CASPER
Assistant U.S. Attorney

07CR3032-WQH
U.S. v. Israel Amezquita-Luna, 07cr3032