AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ISRAEL AMEZQUITA-LUNA | CASE NUMBER: 07CR3032-WQH |

I, Israel Amezquita-Luna, the above-named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326 (a) and (b) - Deported Alien Found in the United States

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on   1-18-08   prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Israel Amezquita-Luna_
Defendant

_Sandra L. Lopez_
Defense Counsel

Before _____
Judicial Officer